IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MARTA CUELLAR | § | |
| | § | |
| | § | CIVIL ACTION NO. 22-00076 |
| VS. | § | |
| | § | |
| SAM'S EAST, INC. | § | |

**NOTICE OF SETTLEMENT**

Plaintiff, Marta Cuellar, and Defendants, Sam's East, Inc., Sam's West, Inc., Sam's Real Estate Business Trust, Walmart Inc., and Xavier Yulee (collectively the "Parties"), jointly file this Notice of Settlement and show the Court as follows:

**I.**

The Parties submit this Notice of Settlement to notify the Court that the lawsuit has been settled, and to request that the Court enter a 60-day conditional order staying all deadlines. The lawsuit does not involve a minor and will not require the appointment of a guardian ad litem. The stay will allow the Parties time to complete the settlement process.

**II.**

The settlement by the Parties was accomplished by way of direct negotiation. The settlement includes all remaining Parties and claims, whether known or unknown, for injuries arising out of the incident at issue in this case. Upon execution of all settlement documents, including a settlement, release, and indemnity agreement by Plaintiff, and timely payment of the settlement funds to Plaintiff and her counsel by Sam's Club, the case

is to be dismissed with prejudice with Plaintiff filing a stipulation of dismissal with prejudice. All costs will be paid by Parties incurring same.

### III.

WHEREFORE, the parties pray that this Court enter a 60-day conditional order staying case deadlines, in anticipation of final settlement being completed.

Respectfully submitted,

**THE BAIRD LAW FIRM**

*/s/Kenneth R. Baird* *
Kenneth R. Baird
State Bar No. 24036172
Federal Bar No. 34601
2323 South Voss Road, Suite 325
Houston, Texas 77057
Telephone no. (713) 783-1113
Facsimile no. (281) 677-4227
kbaird@bairdlawfirm.net
**ATTORNEY FOR PLAINTIFF**
**Signed by permission*
and

**BUSH + RAMIREZ, PLLC**

*/s/ Neal A. Hoffman*
John A. Ramirez
State Bar No. 00798450,
Federal ID No. 21280
Neal A. Hoffman
State Bar No. 24069936
Federal ID No. 1048603
5615 Kirby Drive, Suite 900
Houston, Texas 77005
Telephone: (713) 626-1555
Facsimile: (713) 622-8077
jramirez.atty@bushramirez.com
nhoffman.atty@bushramirez.com
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of February 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. True and correct copies of this document and all attachments have been served to counsel of record in accordance with the FEDERAL RULES OF CIVIL PROCEDURE.

>  /s/ Neal A. Hoffman
> Neal A. Hoffman